```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
                   BEAUMONT DIVISION
```

MERICO DEMONYE STOTTS          §

VS.                            §   CIVIL ACTION NO. 1:04cv577

UNITED STATES OF AMERICA       §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE's REPORT AND RECOMMENDATION

Petitioner Merico Demonye Stotts, an inmate at the CCA facility in Liberty, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus.

The court heretofore referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends that the petition be dismissed for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

The copy of the order mailed to petitioner was returned to the court with the notation: "no longer at facility." Petitioner has failed to provide the court with an address at which he may be contacted. Further, petitioner requested relief in the form of

release from confinement.  As it appears petitioner has been released, this petition is also moot.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the **27** day of **March, 2006.**

_____
Thad Heartfield
United States District Judge